**Exhibit A to the Complaint**

**Location:** Palm Coast, FL  
**Total Works Infringed:** 76  
**IP Address:** 97.101.60.78  
**ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 53DD9DA9E0B24B4961098D0683C348309445E260 | Vixen | 12/26/2018 15:11:36 | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 2 | 086FB726BF8CE83ACC1EB131151CE827A79297C1 | Tushy | 09/10/2018 01:10:37 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 3 | 0B16315F57F07E173D0600CC87ABFC94AE29EC92 | Tushy | 12/15/2018 18:12:52 | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 4 | 0CEAC20A97C692BE4BA6F6D3DBBBF98215436658 | Blacked | 04/04/2018 00:14:27 | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 5 | 0D7FB99F5AB358D6F0F6F4902CB16034C2AB618E | Tushy | 12/18/2018 22:49:40 | 12/17/2018 | 02/01/2019 | 17380123621 |
| 6 | 11D54A7CCCA1FC5ABAFE9A7172F39ABF4882F687 | Vixen | 12/11/2018 22:02:46 | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 7 | 12C92ED9F688FC8E541FFBA7BFE9261312122F6E | Tushy | 07/07/2018 16:29:52 | 02/10/2018 | 02/20/2018 | PA0002104201 |
| 8 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | Vixen | 08/24/2017 11:48:22 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 9 | 1809D57D2D5C8A110DB432826F6EF13CB753892E | Vixen | 12/11/2018 21:55:01 | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 10 | 1AB8C2B17686AC6D80CE93AD69388780C6BEB4C3 | Tushy | 07/23/2017 03:45:24 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 11 | 1BDF3843BCBB3DF9194FCBF865F6D1EE2FE7F891 | Vixen | 05/28/2018 15:25:10 | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 12 | 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C | Blacked Raw | 07/02/2018 21:12:03 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 13 | 21E23F7C0BAAC0161DF86A3E07E5545754D8DE25 | Vixen | 08/24/2017 13:22:55 | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 14 | 25075BEE3E430D7FF4B45A78867471F6EA59D266 | Tushy | 12/28/2018 00:07:09 | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 15 | 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0 | Blacked | 04/04/2018 01:23:48 | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 16 | 3004DD6FDD9097700B92FF546BB3F9C6F2D40153 | Vixen | 08/24/2017 06:30:50 | 08/22/2017 | 09/15/2017 | PA0002052852 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 36B7266729748819E444F7942B37F3EDD4208849 | Blacked Raw | 04/04/2018 01:20:14 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 18 | 38C7E5746A3FDD697968C49275B81836A9454790 | Vixen | 10/08/2018 21:16:41 | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 19 | 3B5D9E3A6A6E4F83B8D2901A1EB499CF979FB68A | Blacked | 07/16/2018 22:42:46 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 20 | 4670519255EEFD11D8740328CB025AE98351F54C | Vixen | 08/24/2018 00:43:38 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 21 | 48F0D5FBC0D37A6E170636BCB41E5C01D08284A4 | Vixen | 08/24/2017 13:14:50 | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 22 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | Vixen | 08/24/2017 12:55:20 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 23 | 4BD4EAA1DC0958A48BD37DA0BA02AD893D39EE77 | Vixen | 11/21/2017 19:49:02 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 24 | 50918624232E330D3BE580D70686E8187DA40C50 | Tushy | 07/21/2018 00:17:41 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 25 | 53B63347AEFFE36C5758F862EBE76328D5C53544 | Blacked | 04/04/2018 00:12:01 | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 26 | 55298BBC330B3C971890294BDE7CAC90F58A2867 | Vixen | 11/07/2018 00:23:57 | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 27 | 60C95D0BE2768F19B3B85DDBECABD4D5B1D721BF | Blacked | 07/07/2018 14:45:16 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 28 | 62DEBABF5C6E7174BC6D60794659DE722532235B | Tushy | 07/23/2017 04:05:43 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 29 | 633339CA055B68FEAC003ADCB8B8BCAF790359CC | Blacked | 04/04/2018 01:17:18 | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 30 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 08/24/2017 11:52:45 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 31 | 66BF4EE8BF4EE50EB65A4738234CE4ADD0A8D189 | Blacked | 04/04/2018 01:27:26 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 32 | 694411D8252D7A9C643CD9F76FB26C8A973E4B27 | Vixen | 12/19/2017 16:29:23 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 33 | 6A9C3A31CC22405729F230BE6332DE0A31F7BB38 | Vixen | 12/20/2018 21:34:08 | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 34 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/07/2018 20:37:31 | 11/07/2018 | 11/25/2018 | PA0002136607 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 7186B894DFED282141789D052E4DDCD09764FAA3 | Tushy | 07/23/2017 04:11:13 | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 36 | 7C0B899865EC971F2A17A46608261D00BED010BB | Blacked | 04/04/2018 01:21:52 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 37 | 7D60A817AEA773BA1EA6BCDAA8EADAB470D7FDC9 | Tushy | 12/03/2018 23:16:51 | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 38 | 7FD68010B67D146FD8B30A465B7CE3E84912A882 | Vixen | 08/24/2017 12:59:01 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 39 | 806EDC665F428C22EAF1354B760B5D6625944474 | Vixen | 12/30/2017 23:48:07 | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 40 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 12/15/2018 23:31:44 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 41 | 866ED08FAA30A005479E7691EE82140D1B4C8592 | Vixen | 12/05/2018 21:59:26 | 12/05/2018 | 12/18/2018 | PA0002141920 |
| 42 | 87AB6C4DD562041B52023EABBD954D3B44B13E81 | Vixen | 06/11/2017 19:48:30 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 43 | 8F03FA9E680017CA67C0D7E1B21D71FE66A12D3A | Tushy | 07/21/2018 00:16:00 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 44 | 95654EA216395D68AD3AE982AB8D52BFF7836A93 | Tushy | 12/19/2017 16:38:03 | 12/17/2017 | 01/24/2018 | PA0002101765 |
| 45 | 9A0B4B599E34B148174405F0D2DB2EBD52BB1D86 | Tushy | 11/12/2018 21:43:50 | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 46 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | Vixen | 07/07/2018 15:13:22 | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 47 | 9F1AEDB1A46ED2351C6734A7C20C7CCA52E8D790 | Blacked Raw | 06/04/2018 23:18:43 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 48 | A266CE8C37C36EB2E7CEC4B109AC6DDFA3BA79D3 | Blacked | 01/06/2019 19:09:42 | 01/05/2019 | 01/22/2019 | PA0002147685 |
| 49 | A5DA8214010955397B2ABE2FF43E286E4748056D | Blacked Raw | 07/07/2018 14:52:57 | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 50 | A827B61B71B5F572AFF3A7E16BBA64710DF9E983 | Vixen | 12/30/2017 23:47:41 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 51 | A86E36BB7686CC74980BDF6A7CE08543A16711B9 | Vixen | 06/04/2018 22:55:35 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 52 | AC994959C90F4FE5C3C074B06C4B01CA6D751694 | Tushy | 07/25/2018 22:55:28 | 07/25/2018 | 09/05/2018 | PA0002134601 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | ACBDD08C545834892EEAFD5EF53A55AB8EDA2C54 | Tushy | 09/24/2018 19:53:31 | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 54 | B1491EAED99A1C3B885F72BAC9D1EA8463CB0884 | Blacked Raw | 04/04/2018 01:01:45 | 02/21/2018 | 03/02/2018 | PA0002104741 |
| 55 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | Blacked Raw | 07/19/2018 00:29:20 | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 56 | B3DEFD5D9E8F8B3502CA29CFC04F8BA5ED6C6811 | Vixen | 05/28/2018 15:23:33 | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 57 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | Tushy | 09/28/2018 20:36:16 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 58 | B9435C0AF3A217983CC46775F006F9438187E556 | Tushy | 11/21/2017 20:08:10 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 59 | BA0E7961B6DDEED2714E67193B52FB44D6B94F83 | Vixen | 08/24/2017 12:54:44 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 60 | BBCB17D52E2EF3886EA8720EB8D1D01CCCC96F71 | Blacked Raw | 04/04/2018 01:21:07 | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 61 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | Vixen | 07/19/2018 00:29:19 | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 62 | D0EEAC4F4929D503CEFAF291FD54DB4E584FA615 | Blacked | 04/04/2018 00:13:05 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 63 | D2889A8FCCA99055C3831F82CD1087A9D1DAC521 | Blacked | 03/08/2018 02:50:42 | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 64 | D31CBC39E31EA20141EB847E24725F06CFC004AB | Blacked | 05/16/2018 21:49:54 | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 65 | D33B55F4B260300934470B2571AA379EBBA73038 | Vixen | 12/12/2018 04:43:49 | 12/10/2018 | 12/31/2018 | 17271449813 |
| 66 | D4BB512F8C0AE6A2925772036D1AD41CDC088861 | Vixen | 10/01/2018 20:12:59 | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 67 | D7D96219F75CB298E2C1029F953017860E5C1004 | Blacked | 07/16/2018 22:39:18 | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 68 | E48665E26ACE2AC908A80B030E5B02682277F35C | Blacked Raw | 04/04/2018 02:14:03 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 69 | E48CB975423F413B731A7F87908AE64EB5F9EF40 | Tushy | 10/11/2018 02:17:28 | 10/08/2018 | 11/01/2018 | PA0002143422 |
| 70 | E5FBACD5FB5328A95AE74FEDCAD2F325C3E51215 | Vixen | 12/30/2017 23:46:56 | 12/25/2017 | 01/15/2018 | PA0002099686 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | E7A489193A7EE84D36ED8D5D2AE223CA262459E1 | Blacked | 11/27/2018 23:35:59 | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 72 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 07/22/2017 02:49:59 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 73 | F1E5AE45E3FEA6BA04555D45436C676D9787AB6F | Vixen | 01/06/2019 19:25:12 | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 74 | F6CE08796E7200EA0845FF9313369CF337C207BF | Vixen | 07/29/2018 00:21:36 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 75 | FCC6E64C53FFBAC958B981F6F6C66DECC1071B58 | Tushy | 04/16/2018 22:08:32 | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 76 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 01/05/2018 03:57:26 | 01/04/2018 | 01/15/2018 | PA0002070947 |